## GIBSON v. HUTTS.

No. 8264—Opinion Filed Jan. 7, 1919.

(177 Pac. 990.).

Original proceedings by George O. Gibson against A. J. Hutts. Dismissed.

A. C. Wallace, O. F. Mason, and F. W. Church, for plaintiff.

Ray McNaughton and S. C. Fullerton, for defendant.

HARDY, J. Since the submission of this case the questions involved have become moot, and a determination of the case on its merits would not afford any actual relief, nor be followed by any practical results, the proceeding in error is therefore dismissed.